STATE OF ILLINOIS )
)
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| IRIS N. VALCARCEL, INDIVIDUALLY, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF GIANNI ISAIAH REYES, A DECEASED MINOR,<br><br>Plaintiff,<br><br>vs.<br><br>EDITH H. HARTE, M.D., and ERIE FAMILY HEALTH CENTER d/b/a ERIE WEST TOWN HEALTH CENTER,<br><br>Defendants,<br><br>and<br><br>PHILLIP A. HIGGINS, M.D., and ROCKFORD HEALTH PHYSICIANS,<br><br>Respondent in Discovery. | NO.<br><br>2014L002756<br>CALENDAR/ROOM C<br>TIME 00:00<br>Medical Malpractice |

## ORDER

This cause having coming to be heard on the Petition of the mother, IRIS N. VALCARCEL for appointment as Special Administrator of the Estate of GIANNI REYES, a deceased minor, for the purpose of prosecuting the instant personal injury matter;

IT IS HEREBY ORDERED THAT:

IRIS N. VALCARCEL is hereby appointed as Special Administrator of the Estate of GIANNI REYES, a deceased minor, for the purpose of prosecuting the instant personal injury matter, with all duties and responsibilities appurtenant thereto. Notice has been given to all heirs and legatees.

_____
JUDGE

_____
DATE

Judge James P. Flannery, Jr.

MAR 06 2014

Circuit Court – 1505

GOLDSTEIN, BENDER & ROMANOFF
Attorneys for Plaintiff
One North LaSalle Street, Suite 2600
Chicago, Illinois 60602
(312) 346-8558 -- ID. NO. 31521

PETITIONER'S EXHIBIT A