## Goldstein Bender & Romanoff
Attorneys at Law
One North LaSalle Street - 26th Floor
Chicago, Illinois 60602
(312) 346-8558

### Retainer Agreement

I, _Iris Valcarcel_ hereby retain Goldstein Bender & Romanoff as my attorneys to represent me in the prosecution or settlement of all claims for damage against _Dr Edith Hurte and Erie Family Health Center_ or others who shall be liable on account of INJURIES AND/OR DAMAGES SUSTAINED by _myself and Children_ on or about the _3rd_ day of _March_, 20_12_.

In consideration for the services rendered, I agree to pay my attorneys a sum equal to _1/3_ of whatever may be recovered from said claim either by suit, settlement or in any other manner.

It is further agreed by the parties that in order that my claim be prosecuted effectively and with the utmost efficiency, convenience and dispatch, that Goldstein Bender & Romanoff, are authorized on my behalf, to make all determinations relative to the investigation, filing and preparation of the lawsuit for trial. In addition to the above attorneys fees, it is also agreed that all court costs, subpoena costs, witness fees, photos, depositions, transcripts, court reporter costs, reports, investigation charges, records, witness statements and any other expenses incurred in the investigation or litigation of this claim on my behalf shall be paid by myself.

I further authorize Goldstein Bender & Romanoff, at their discretion and on my behalf, to retain other attorneys to assist them in the prosecution of my claim. However, I shall not be obligated to pay any fee to such other attorneys retained by Goldstein Bender & Romanoff, except that I consent and authorize a division of the fees as described above with such other attorneys as may be retained based upon the division of responsibility and services rendered.

_[signature]_
CLIENT
DATED: _1st_ day of _March_ 20_14_

_[signature]_
CLIENT For my minor Children:
- Amelia Valcarcel
- Isabella Valcarcel
- Mayoka Leavy
- Kolangi Rondrec
DATED: _1st_ day of _March_ 20_14_

I hereby agree to the above and further agree to make no charge for services unless recovery is made in the above claim.

_[signature]_
ATTORNEYS

I hereby acknowledge the receipt of a copy of this retainer agreement executed this _1st_ day of _March_, 20_14_ and note the statutory requirements as set forth on the reverse side of this agreement.

_[signature]_                _[signature]_
CLIENT                        CLIENT

PETITIONER'S EXHIBIT C