## EXHIBIT D
## ITEMIZATION OF COSTS

| | | |
|---|---|---|
| 1. | Expert Review for and authoring of 735 ILCS 6/2-622 Report | $1,600.00 |
| 2. | Clerk of the Circuit Court of Cook County (filing fee) | $337.00 |
| 3. | Sheriff of Cook County (service) | $120.00 |
| 4. | Sheriff of Winnebago County (service) | $52.00 |
| 5. | Rockies (copies of proof of service) | $2.50 |
| 6. | CIOX Health (medical records) | $78.95 |
| 7. | United States District Court (filing fee) | $400.00 |

**$2,590.45**


PETITIONER'S EXHIBIT D